IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**PATTI LYNN STANLEY**                                                                          **PLAINTIFF**

**V.**                     **CASE NO.: 3:20-CV-3079**

**KILOLO KIJAKAZI,**[1] **Acting Commissioner**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 8th day of March, 2022.

                                               */s/ Timothy L. Brooks*
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi has been appointed to serve as the Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.